UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   13-10791

IN RE:

    Rafael R Gonzalez and Mayra M Gonzalez
    Debtor

_____/

TRUSTEE'S OBJECTION TO CLAIM# 4
FILED BY BANK OF AMERICA
IMPORTANT NOTICE TO CREDITORS
THIS IS AN OBJECTION TO YOUR CLAIM

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned  Trustee, Nancy K Neidich, Esquire,  P.O. Box 279806, Miramar, Florida 33027.  OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007, the Trustee objects to the  following claims(s) filed in this case::

| Claim # | Name of Claimant | Recommended Disposition |
|---|---|---|
| 4 | Bank of America | Strike and Disallow: as the creditor is rejecting payments as the loan has been forgiven in the DOJ Program.  The Trustee has paid a total of  $ 4,505.57  toward this claim as of September 16, 2015. |

I hereby certify that a true and correct copy of the foregoing Objection to Claim was served through NEF on debtor's attorney by US Mail to:

Bank of America, N.A.
Bankruptcy Department
P.O. Box 26012, NC4-105-02-99,
Greensboro, North Carolina 27420

DEAN R. PROBER, ESQ.,
PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Bank of America, N.A.
Bankruptcy Department
P.O. Box 26012, NC4-105-02-99,
Greensboro, North Carolina 27420

by certified mail to:

BRIAN T MOYNIHAN, CEO
BANK OF AMERICA
100 N TRYON STREET
CHARLOTTE, NC 28255

Submitted by
NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE

AMY E. CARRINGTON, ESQUIRE
FLORIDA BAR NO: 0101877
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402